|  |  |
|---|---|
| WAYNE ALBERT COTTRELL, et al. * | IN THE UNITED STATES |
| Plaintiffs, * | DISTRICT COURT |
| * | FOR THE |
| v. | |
| * | DISTRICT OF MARYLAND |
| JOHN JOSEPH DIMATTEO, et al. * | |
| Defendants. | |
| * | Civil Action No.: JFM00CV653 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| WAYNE ALBERT COTTRELL, et al. * | IN THE UNITED STATES |
| Plaintiffs, * | DISTRICT COURT |
| * | FOR THE |
| v. | |
| * | DISTRICT OF MARYLAND |
| JOHN JOSEPH DIMATTEO, et al. * | |
| Defendants. | |
| * | Civil Action No.: JFM00CV1241 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Motion to Consolidate filed by the Defendants in the above-captioned cases, it is this _12th_ day of _June_, 2000,

_for all purposes_

ORDERED, that the Motion to Consolidate Case Numbers JFM00CV653 and JFM00CV1241 be and is hereby **GRANTED**.

_____
JUDGE
UNITED STATES DISTRICT COURT



CC:    Michael A. Brown, Esquire
Alice S. Chong, Esquire
BROWN, DIFFENDERFFER & KEARNEY, LLP
2 East Fayette Street, Suite 800
Baltimore, Maryland 21202

Jay Irwin Block, Esquire
9199 Reisterstown Road, Suite 108 B
Owings Mills, Maryland 21117